## 47317. DAVIS METALS, INC. v. ALLEN.

BELL, Chief Judge. The Supreme Court has reversed this court in *Davis Metals v. Allen,* 127 Ga. App. 611 (194 SE2d 516). See *Davis Metals v. Allen,* 230 Ga. 623. Accordingly, our previous judgment is vacated and the judgment of the trial court is reversed.

*Judgment reversed. Evans and Stolz, JJ., concur.*

DECIDED JULY 12, 1973.

*William F. Lozier,* for appellant.

*Long, Weinberg, Ansley & Wheeler, George W. Williams, Jr.,* for appellee.

EVANS, Judge, concurring. I am exceedingly happy to concur in the above judgment, because when this case was in this court, I tried with might and main to persuade my eight associates of the error of their way, but to no avail. Now, perhaps, with the aid of the Supreme Court, the blind are made to see.

## 48336. REID v. THE STATE.

STOLZ, Judge. This pro se appeal from the trial court's February 23, 1973, discretionary order (certified for immediate review) denying the appellant's application for an appeal bond, is rendered moot by this court's affirmance on May 3, 1973, of the appellant's conviction in *Reid v. State,* 129 Ga. App. 41, which terminated the only proceeding shown to exist in the appellant's case, in which case the appellant was represented by counsel. Accordingly, the appeal, being moot, must be dismissed.

*Appeal dismissed. Eberhardt, P. J., and Pannell, J., concur.*

SUBMITTED JUNE 28, 1973 — DECIDED JULY 12, 1973.

Charles Reid, *pro se.*

*Lewis R. Slaton, District Attorney, Morris H. Rosenberg, Carter Goode, James H. Mobley, Jr.,* for appellee.